IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01277-BNB

DONNIE MILLER,

Applicant,

v.

ARISTEDES ZAVARAS, Executive Director, CDOC,
BRIGHAM SLOAN, Warden, BCCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Donnie Miller, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Bent County Correctional Facility. Mr. Miller initiated this action by filing a *pro se* application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee.

The Court must construe the application liberally because Mr. Miller is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Miller will be ordered to file an amended pleading.

The Court has reviewed the application filed by Mr. Miller and finds that it is deficient. The claims Mr. Miller raises in this action must be asserted pursuant to 28 U.S.C. § 2241 because those claims call into question the execution, and not the

validity, of Mr. Miller's sentence. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). More specifically, Mr. Miller claims that he is entitled to presentence confinement credit that the Department of Corrections has not applied to his sentence. Therefore, Mr. Miller will be directed to file an amended pleading on the proper form if he wishes to pursue his claims challenging the execution of his sentence. In addition, Executive Director Aristedes Zavaras is not a proper party to this action. Mr. Miller is reminded that the only proper respondent to a habeas corpus action is the applicant's custodian. *See* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995). Accordingly, it is

ORDERED that Mr. Miller file an amended pleading on the proper form **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Miller, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Miller fails within the time allowed to file an amended pleading as directed, the action will be dismissed without further notice.

DATED June 18, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01277-BNB

Donnie Miller
Prisoner No. 135202
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 6/18/10

GREGORY C. LANGHAM, CLERK

By _____
        Deputy Clerk